AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN         DISTRICT OF         ILLINOIS

| | |
|---|---|
| Gary Younce,<br>Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| V.<br>Nuplex Resins, LLC.,<br>Defendant. | Case Number:   07-cv-0277-MJR |

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
upon stipulation of the parties,  this cause of action is dismissed with prejudice.

| | |
|---|---|
| December 18, 2007 | NORBERT G. JAWORSKI |
| Date | Clerk |
| | s/Annie McGraw |
| | (By) Deputy Clerk |